377 A.2d 994

Dougherty, Appellant, v. McGarrigle et al.

614

Argued June 14, 1977. Pershing N. Calabro, for appellant; John J. McCreesh, Jr., for appellee.

Decree affirmed.